FILED
MAR - 1 2011

Michael H. Korpi, OSB 031594
McKENZIE ROTHWELL BARLOW & KORPI, P.S.
500 Union Street, Suite 700
Seattle, WA 98101
Phone: (206) 224-9900
Fax:    (206) 224-9820
E-mail: mikek@mrbklaw.com
Attorney for Plaintiffs

Honorable Marco A. Hernandez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES HEALTH & WELFARE TRUST OF THE OPEIU,<br><br>Plaintiff,<br><br>vs.<br><br>ROBIN GUTHRIE, an Oregon resident, and DAVID GUTHRIE, an Oregon resident,<br><br>Defendants. | NO. 3:10-CV-1282-HZ<br><br>ORDER OF DISMISSAL OF DAVID GUTHRIE ONLY |

IN ACCORDANCE WITH plaintiffs' motion, it is hereby

ORDERED that David Guthrie only be dismissed from this action with prejudice and without costs to any party.

DATED this ___1___ day of ~~February~~ March, 2011.

_____
Judge Marco A. Hernandez
United States District Court Judge

ORDER OF DISMISSAL
WITH PREJUDICE - 1

167.010 mb281902

McKENZIE ROTHWELL
BARLOW & KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900